UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:                              §
                                    §
TRAN, TRI MINH                      §    Case No. 14-11811
                                    §
            Debtor(s)               §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/06/2014. The undersigned trustee was appointed on 08/06/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $      3,586.35

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]         $      3,496.35

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 14-11811    Doc# 49    Filed 08/14/15    Page 1 of 10

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/05/2015 and the deadline for filing governmental claims was 04/03/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 896.59 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 896.59 , for a total compensation of $ 896.59 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 358.64 , for total expenses of $ 358.64 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/04/2015      By: /s/EDWARD J NAZAR
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 14-11811 DLS Judge: DALE L. SOMERS  Trustee Name: EDWARD J NAZAR
Case Name: TRAN, TRI MINH  Date Filed (f) or Converted (c): 08/06/14 (f)
 341(a) Meeting Date: 09/09/14
For Period Ending: 07/04/15  Claims Bar Date: 01/05/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home located at 13918 E. Watson | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Bank of America 5046014000 | 370.00 | 370.00 | OA | 0.00 | FA |
| 3. Savings, Bank of America | Unknown | 0.00 | OA | 0.00 | FA |
| 4. Household Goods, Electronics, Furniture, Etc. | 10,000.00 | 0.00 | | 0.00 | FA |
| 5. Family Clothing, Shoes | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. 401K | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. Past Due Child Support | Unknown | 0.00 | | 0.00 | FA |
| 8. 2006 Infiniti FX35 | 7,500.00 | 0.00 | | 0.00 | FA |
| 9. 2002 Acura TL | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 10. 2014 Tax Refunds (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Preference - Capital One (u) | Unknown | 3,586.35 | | 3,586.35 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $278,870.00  $4,956.35  $3,586.35  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/15   Current Projected Date of Final Report (TFR): 12/15/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-11811 -DLS | | Trustee Name: | EDWARD J NAZAR |
| Case Name: | TRAN, TRI MINH | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******5641  Checking |
| Taxpayer ID No: | *******2991 | | | |
| For Period Ending: | 07/04/15 | | Blanket Bond (per case limit): | $ 15,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/14 | 11 | LAW OFFICES OF COHEN MCNEILE & PAPPAS, P.C. | PREFERENCE PAYMENT | 1241-000 | 2,865.81 | | 2,865.81 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,855.81 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,845.81 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,835.81 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,825.81 |
| 01/08/15 | 11 | LAW OFFICES OF COHEN MCNEILE & PAPPAS PC | PREFERENCE PAYMENT | 1241-000 | 588.49 | | 3,414.30 |
| 01/08/15 | 11 | LAW OFFICES OF COHEN MCNEILE & PAPPAS PC | PREFERENCE PAYMENT | 1241-000 | 132.05 | | 3,546.35 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,536.35 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,526.35 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,516.35 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,506.35 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,496.35 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,586.35 | 90.00 | 3,496.35 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,586.35 | 90.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,586.35 | 90.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********5641 | 3,586.35 | 90.00 | 3,496.35 |
| | 3,586.35 | 90.00 | 3,496.35 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 3,586.35 | 90.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-11811 -DLS | | Trustee Name: | EDWARD J NAZAR |
| --- | --- | --- | --- | --- |
| Case Name: | TRAN, TRI MINH | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******5641 Checking |
| Taxpayer ID No: | *******2991 | | | |
| For Period Ending: | 07/04/15 | | Blanket Bond (per case limit): | $ 15,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********5641

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

LFORM24

Case 14-11811    Doc# 49    Filed 08/14/15    Page 5 of 10

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 04, 2015

Case Number: 14-11811
Debtor Name: TRAN, TRI MINH
Claims Bar Date: 01/05/15

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 430543025 | Unsecured Allowed | Filed 09/30/14 | $0.00 | $4,021.53 | $4,021.53 |
| 000003 070 7100-00 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City OK 731268941 | Unsecured Allowed | Filed 10/06/14 | $0.00 | $1,456.28 | $1,456.28 |
| 000004 070 7100-00 | Capital One Bank USA NA PO Box 71083 Charlotte NC 282721083 | Unsecured Allowed | Filed 10/10/14 | $0.00 | $6,056.35 | $6,056.35 |
| 000005 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured Allowed | Filed 10/16/14 | $0.00 | $3,937.20 | $3,937.20 |
| 000006 070 7100-00 | Navient Solutions Inc Department of Education Loan Services PO Box 9635 Wilkes Barre PA 18773-9635 | Unsecured Allowed | Filed 10/28/14 | $0.00 | $54,788.86 | $54,788.86 |
| 000007 070 7100-00 | Navient Solutions Inc 220 Lasley Ave Wilkes Barre PA 18706 | Unsecured Allowed | Filed 10/28/14 | $0.00 | $53,610.93 | $53,610.93 |
| 000008 070 7100-00 | Cox Communications Hampton Roads LLC 1341 Crossways Blvd Chesapeake VA 23320 | Unsecured Allowed | Filed 11/03/14 | $0.00 | $277.10 | $277.10 |
| 000009 070 7100-00 | Von Maur 6565 Brady St Davenport IA 52806 | Unsecured Allowed | Filed 11/14/14 | $0.00 | $230.78 | $230.78 |
| 000010 070 7100-00 | Capital Recovery V LLC c o Recovery Management Systems Corporat 25 SE 2nd Ave Ste 1120 Miami FL 33131-1605 | Unsecured Allowed | Filed 12/29/14 | $0.00 | $2,312.04 | $2,312.04 |
| 000011 070 7100-00 | Capital Recovery V LLC c o Recovery Management Systems Corporat 25 SE 2nd Ave Ste 1120 Miami FL 33131-1605 | Unsecured Allowed | Filed 12/29/14 | $0.00 | $1,312.71 | $1,312.71 |
| 000012 070 7100-00 | Cavalry Spv I LLC Bass & Associates PC 3936 E Ft Lowell Rd Ste 200 Tucson AZ 85712 | Unsecured Allowed | Filed 12/31/14 | $0.00 | $72.06 | $72.06 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 04, 2015

Case Number: 14-11811
Debtor Name: TRAN, TRI MINH
Claims Bar Date: 01/05/15

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 050 4210-00 | Credit Union of America PO Box 47528 Wichita KS 67201 | Secured | Filed 08/27/14 D. Kan. Bk. Rule 3001.1(D) issued 6/5/15 - Secured claimant to receive no distribution | $0.00 | $7,496.91 | $7,496.91 |
| | Case Totals: | | | $0.00 | $135,572.75 | $135,572.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-11811
Case Name: TRAN, TRI MINH
Trustee Name: EDWARD J NAZAR

Balance on hand $ 3,496.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Credit Union of America | $ 7,496.91 | $ 7,496.91 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 3,496.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EDWARD J NAZAR | $ 896.59 | $ 0.00 | $ 896.59 |
| Trustee Expenses: EDWARD J NAZAR | $ 358.64 | $ 0.00 | $ 358.64 |

Total to be paid for chapter 7 administrative expenses $ 1,255.23

Remaining Balance $ 2,241.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,075.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 4,021.53 | $ 0.00 | $ 70.37 |
| 000003 | American InfoSource LP as agent for | $ 1,456.28 | $ 0.00 | $ 25.48 |
| 000004 | Capital One Bank USA NA | $ 6,056.35 | $ 0.00 | $ 105.98 |
| 000005 | American Express Centurion Bank | $ 3,937.20 | $ 0.00 | $ 68.89 |
| 000006 | Navient Solutions Inc | $ 54,788.86 | $ 0.00 | $ 958.72 |
| 000007 | Navient Solutions Inc | $ 53,610.93 | $ 0.00 | $ 938.10 |
| 000008 | Cox Communications Hampton Roads LLC | $ 277.10 | $ 0.00 | $ 4.85 |
| 000009 | Von Maur | $ 230.78 | $ 0.00 | $ 4.04 |
| 000010 | Capital Recovery V LLC | $ 2,312.04 | $ 0.00 | $ 40.46 |
| 000011 | Capital Recovery V LLC | $ 1,312.71 | $ 0.00 | $ 22.97 |
| 000012 | Cavalry Spv I LLC | $ 72.06 | $ 0.00 | $ 1.26 |

Total to be paid to timely general unsecured creditors    $  2,241.12

Remaining Balance    $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE